# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

**Jan 23, 2026**

SEAN F. McAVOY, CLERK

MELISSA A. J., )
*Plaintiff* )
v. )  Civil Action No. 2:25-cv-00093-RLP
)
)
FRANK BISIGNANO, COMMISSIONER )
OF SOCIAL SECURITY, )
*Defendant*

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ ____ ), which includes prejudgment interest at the rate of ____ %, plus post judgment interest at the rate of ____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☑ other: Plaintiff's Brief, ECF No. 10, is DENIED.
Defendant's Brief, ECF No. 16, is GRANTED.
Judgment entered for the Defendant.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge  Rebecca L. Pennell

Date: January 23rd, 2026

CLERK OF COURT

s/Sean F. McAvoy
*Signature of Clerk*